UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | ) ) ) ) ) ) ) ) |

Case No. 2:23-mc-95-KFW

Filed Under Seal

## GOVERNMENT'S MOTION TO SEAL

The government, by and through Department of Justice Trial Attorney, Patrick J. Queenan, respectfully submits this motion under seal, pursuant to Local Rule 157.6(b), seeking to seal the underlying application for an order pursuant to 18 U.S.C. § 2703(d) (the "Application"), including the attachment, proposed order, certificate of domestic records, and resulting orders.

Based on the facts in this case, as outlined in the Application, such an order sealing the Application and related documents would be appropriate because the Application relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Further, there is reason to believe that notification of the existence or content of the application could cause the destruction of or tampering with evidence, causing the intimidation of potential witnesses, and otherwise seriously jeopardizing the investigation. Moreover, some of the evidence in this investigation is likely stored electronically. If alerted to the investigation, the subjects under investigation could destroy that evidence, including information saved to their personal computers and cellular telephones.

WHEREFORE, for all of the foregoing reasons, the Court should grant the attached proposed order:

1

Date: March 6, 2023    Respectfully submitted,

                                              DARCIE N. McELWEE
                                              UNITED STATES ATTORNEY

By: */s/ Patrick J. Queenan*
     Patrick J. Queenan (NH Bar #20127)
     Trial Attorney
     U.S. Department of Justice
     Criminal Division, Fraud Section
     1400 New York Avenue, NW
     Washington, DC 2005
     Telephone: (202) 875-0326
     Patrick.Queenan@usdoj.gov